UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                     Case No. 15-CR-234

LARRY L. TURK,

        Defendant.

## ORDER OF DISMISSAL

Upon motion of the plaintiff and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure , the Court hereby dismisses the charge in the Indictment issued in this district in the above-captioned case against defendant Larry L. Turk, which charged the defendant with distribution of child pornography in violation of 18 U.S.C. '2252(A)(a)(2), in the interest of justice and without prejudice as the defendant is deceased.

Dated this   13th   day of January, 2016.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court